JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JORGE ORTIZ OLIVA,

    Petitioner,

  v.

C. LEPE, WARDEN, [1]

    Respondent.

Case No. 5:25-cv-1492-JAK-RAO

**JUDGMENT**

  Pursuant to the Court's Order Dismissing Petition,

  IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: February 23, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

[1] The Petition names Eliseo Ricolcol as the Respondent. Currently, C. Lepe is the Warden at Victorville Medium I FCI, and is therefore substituted in as the proper Respondent. *See* Fed. R. Civ. P. 25(d).